No. 79-6796.  NABORS v. UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 79-6797.  GRIFFIN v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 79-6800.  WILLIAMS v. MARYLAND.  C. A. 4th Cir. Certiorari denied.

No. 79-6802.  WATTS v. HARRIS, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 5th Cir.  Certiorari denied.

No. 79-6803.  PADGETT v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 79-6805.  NAVARRO-SALAZAR v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 79-6807.  PARISIE v. IRVING, DIRECTOR, ILLINOIS PRISONER REVIEW BOARD, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 79-6808.  BOYD v. SMITH, CORRECTIONAL SUPERINTENDENT.  C. A. 2d Cir.  Certiorari denied.

No. 79-6810.  PIGGIE v. UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 79-6811.  JAFFER v. DIEFFENDERFER, DADE COUNTY ELECTIONS SUPERVISOR, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 79-6812.  MARTIN v. ESTELLE, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 79-6813.  HAMILTON v. CALIFORNIA.  Sup. Ct. Cal. Certiorari denied.

No. 79-6814.  LUPO v. HENDERSON, WARDEN.  C. A. 2d Cir.  Certiorari denied.